UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWISSMARINE PTE. LTD.,

Plaintiff,

v.

HARTREE MARINE FUELS, LLC,

Defendant.

26-CV-7341 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Due to a scheduling conflict, the initial pretrial conference scheduled for October 30, 2026, at 4:00 p.m. is hereby adjourned to October 30, 2026, at 10:30 a.m.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge